JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ALFONSO PRADO MENDOZA, | No. ED CV 20-00182-DDP (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| GEO GROUP et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: June 11, 2020

_____
DEAN D. PREGERSON
United States District Judge